| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) | **2. Court or Organization** | **3. Date of Report** |
|---|---|---|
| Friedrich, Dabney L. | U.S District Court for the District of Columbia | 08/28/2019 |

| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | **5a. Report Type** (check appropriate type) | **6. Reporting Period** |
|---|---|---|
| District Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2018 **to** 12/31/2018 |
| | **5b.** ☑ Amended Report | |

**7. Chambers or Office Address**

U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedrich, Dabney L. | 08/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 04/16/2018-04/17/2018 | New Haven, CT | Discussion with members of Yale Law Women and Federalist Society | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  1880 Bank | Mortgage (rental property) | P1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - cash equivalent account | A | Interest | K | T | | | | | |
| 2. JFCU Bank - cash equivalent account | A | Interest | K | T | | | | | |
| 3. Marcus Savings - cash equivalent account | D | Interest | J | T | | | | | |
| 4. Nex Immune, Inc | | None | K | U | | | | | |
| 5. Rental Property, Talbot County, MD | B | Rent | P2 | W | Buy | 12/12/18 | P2 | | |
| 6. Brokerage Account #1 (85) (H) | | | | | | | | | |
| 7. Goldman Sachs Fin Sq Govt Fst Instl (FGTXX) | D | Int./Div. | J | T | | | | | |
| 8. Fidelity Advisor FL Rate High Inc Cl A (FFRAX) | E | Dividend | | | Sold (part) | 02/09/18 | N | | |
| 9. | | | | | Sold (part) | 11/29/18 | N | | |
| 10. | | | | | Sold (part) | 12/04/18 | M | | |
| 11. | | | | | Sold | 12/05/18 | O | | |
| 12. DCP Midstream LP Com UT LTD PTN (DCP) | | None | K | T | | | | | |
| 13. Exxon Mobil Corp (XOM) | D | Dividend | M | T | | | | | |
| 14. Fortinet Inc Com (FTNT) | | None | M | T | Buy | 06/14/18 | M | | |
| 15. Kinder Morgan Inc Com (KMI) | C | Dividend | | | Buy (add'l) | 06/15/18 | L | | |
| 16. | | | | | Sold | 11/09/18 | M | | |
| 17. Oracle Corp Com (ORCL) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Palo Alto Networks Inc Com (PANW) | | None | L | T | Buy | 06/27/18 | L | | |
| 19. Brokerage Account #2 (41) (H) | | | | | | | | | |
| 20. Ayco Bank (cash) | A | Interest | K | T | | | | | |
| 21. iShares Inc MSCI Canada ETF (EWC) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 22. | | | | | Sold (part) | 11/09/18 | J | A | |
| 23. | | | | | Sold (part) | 11/28/18 | J | A | |
| 24. | | | | | Sold (part) | 11/30/18 | J | A | |
| 25. | | | | | Sold (part) | 12/06/18 | J | A | |
| 26. | | | | | Sold (part) | 12/10/18 | J | | |
| 27. iShares MSCI Eurozone ETF (EZU) | B | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 28. | | | | | Buy (add'l) | 06/11/18 | K | | |
| 29. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 30. | | | | | Sold (part) | 11/02/18 | J | A | |
| 31. | | | | | Sold (part) | 11/09/18 | J | A | |
| 32. | | | | | Sold (part) | 11/28/18 | J | A | |
| 33. | | | | | Sold (part) | 11/30/18 | J | B | |
| 34. | | | | | Sold (part) | 12/06/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedrich, Dabney L. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/10/18 | K | | |
| 36. iShares MSCI Pacific Japan ETF (EPP) | B | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 37. | | | | | Sold (part) | 11/09/18 | J | A | |
| 38. | | | | | Sold (part) | 11/28/18 | J | A | |
| 39. | | | | | Sold (part) | 11/30/18 | J | A | |
| 40. | | | | | Sold (part) | 12/06/18 | J | A | |
| 41. | | | | | Sold (part) | 12/10/18 | J | | |
| 42. iShares S&P 100 ETF (OEF) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 43. | | | | | Sold (part) | 05/14/18 | J | C | |
| 44. | | | | | Sold (part) | 11/09/18 | J | B | |
| 45. | | | | | Sold (part) | 11/28/18 | J | A | |
| 46. | | | | | Sold (part) | 11/30/18 | J | A | |
| 47. | | | | | Sold (part) | 12/06/18 | J | B | |
| 48. | | | | | Sold (part) | 12/10/18 | J | A | |
| 49. iShares Core S&P 500 ETF (IVV) | D | Dividend | O | T | Buy (add'l) | 01/08/18 | L | | |
| 50. | | | | | Sold (part) | 11/02/18 | L | D | |
| 51. | | | | | Sold (part) | 11/09/18 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/28/18 | K | D | |
| 53. | | | | | Sold (part) | 11/30/18 | L | E | |
| 54. | | | | | Sold (part) | 12/06/18 | M | E | |
| 55. | | | | | Sold (part) | 12/10/18 | M | E | |
| 56.   iShares S&P 500 Growth ETF (IVW) | B | Dividend | M | T | Buy (add'l) | 01/08/18 | K | | |
| 57. | | | | | Sold (part) | 11/02/18 | K | D | |
| 58. | | | | | Sold (part) | 11/09/18 | J | C | |
| 59. | | | | | Sold (part) | 11/28/18 | J | B | |
| 60. | | | | | Sold (part) | 11/30/18 | K | D | |
| 61. | | | | | Sold (part) | 12/06/18 | K | D | |
| 62. | | | | | Sold (part) | 12/10/18 | K | D | |
| 63.   iShares S&P 500 Value ETF (IVE) | C | Dividend | M | T | Buy (add'l) | 01/08/18 | K | | |
| 64. | | | | | Sold (part) | 11/02/18 | J | B | |
| 65. | | | | | Sold (part) | 11/09/18 | J | B | |
| 66. | | | | | Sold (part) | 11/28/18 | J | B | |
| 67. | | | | | Sold (part) | 11/30/18 | K | C | |
| 68. | | | | | Sold (part) | 12/06/18 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedrich, Dabney L. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/10/18 | K | C | |
| 70. iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 71. | | | | | Sold (part) | 11/09/18 | J | B | |
| 72. | | | | | Sold (part) | 11/28/18 | J | B | |
| 73. | | | | | Sold (part) | 11/30/18 | J | B | |
| 74. | | | | | Sold (part) | 12/06/18 | J | C | |
| 75. | | | | | Sold (part) | 12/10/18 | K | B | |
| 76. iShares Core S&P Small-Cap ETF (IJR) | A | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 77. | | | | | Sold (part) | 11/02/18 | J | B | |
| 78. | | | | | Sold (part) | 11/09/18 | J | B | |
| 79. | | | | | Sold (part) | 11/28/18 | J | B | |
| 80. | | | | | Sold (part) | 11/30/18 | J | B | |
| 81. | | | | | Sold (part) | 12/06/18 | J | C | |
| 82. | | | | | Sold (part) | 12/10/18 | K | C | |
| 83. iShares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 84. | | | | | Sold (part) | 11/30/18 | J | A | |
| 85. | | | | | Sold (part) | 12/06/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/10/18 | J | A | |
| 87.   iShares Inc MSCI Japan ETF New (EWJ) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 88. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 89. | | | | | Sold (part) | 11/09/18 | J | A | |
| 90. | | | | | Sold (part) | 11/28/18 | J | A | |
| 91. | | | | | Sold (part) | 11/30/18 | J | A | |
| 92. | | | | | Sold (part) | 12/06/18 | J | A | |
| 93. | | | | | Sold (part) | 12/10/18 | J | | |
| 94.   iShares Trust Core Dividend Growth (DGRO) | A | Dividend | K | T | Buy | 11/05/18 | K | | |
| 95. | | | | | Sold (part) | 11/09/18 | J | A | |
| 96. | | | | | Sold (part) | 11/28/18 | J | A | |
| 97. | | | | | Sold (part) | 11/30/18 | J | A | |
| 98. | | | | | Sold (part) | 12/06/18 | J | A | |
| 99. | | | | | Sold (part) | 12/10/18 | J | | |
| 100.   iShares Tr MSCI UK ETF New (EWU) | B | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 101. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 102. | | | | | Sold (part) | 11/02/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedrich, Dabney L. | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold (part) | 11/09/18 | J | A | |
| 104. | | | | | Sold (part) | 11/28/18 | J | A | |
| 105. | | | | | Sold (part) | 11/30/18 | J | A | |
| 106. | | | | | Sold (part) | 12/06/18 | J | A | |
| 107. | | | | | Sold (part) | 12/10/18 | J | | |
| 108. SPDR Ser Tr S&P BK ETF (KBE) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 109. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 110. | | | | | Sold (part) | 11/09/18 | J | A | |
| 111. | | | | | Sold (part) | 11/28/18 | J | A | |
| 112. | | | | | Sold (part) | 11/30/18 | J | B | |
| 113. | | | | | Sold (part) | 12/06/18 | J | B | |
| 114. Vanguard Intl Equity Index Fds FTSE Europe ETF (VGK) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 115. | | | | | Sold (part) | 11/28/18 | J | A | |
| 116. | | | | | Sold (part) | 11/30/18 | J | A | |
| 117. | | | | | Sold (part) | 12/06/18 | J | A | |
| 118. | | | | | Sold (part) | 12/10/18 | J | A | |
| 119. Wisdomtree Tr Intl Smallcap Divid Fd (DLS) | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 11/05/18 | K | C | |
| 121. Wisdomtree Trust Japan Hedge Eqt (DXJ) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 122. | | | | | Sold (part) | 11/05/18 | J | B | |
| 123. | | | | | Sold (part) | 11/09/18 | J | A | |
| 124. | | | | | Sold (part) | 11/28/18 | J | A | |
| 125. | | | | | Sold (part) | 11/30/18 | J | A | |
| 126. | | | | | Sold (part) | 12/06/18 | J | A | |
| 127. | | | | | Sold (part) | 12/10/18 | J | | |
| 128. Wisdomtree Tr Europe Hedged Eq (HEDJ) | B | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 129. | | | | | Sold (part) | 06/11/18 | K | C | |
| 130. | | | | | Sold (part) | 11/05/18 | K | B | |
| 131. | | | | | Sold (part) | 11/09/18 | J | A | |
| 132. | | | | | Sold (part) | 11/28/18 | J | A | |
| 133. | | | | | Sold (part) | 11/30/18 | J | A | |
| 134. | | | | | Sold (part) | 12/06/18 | J | | |
| 135. | | | | | Sold (part) | 12/10/18 | J | | |
| 136. Brokerage #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Chevron Corp Common Stock (CVX) | E | Dividend | | | Sold | 11/07/18 | O | E | |
| 138.  IRA #1 (69) (H) | | | | | | | | | |
| 139.  Vanguard 500 Index Fund Investor Class (VFINX) | A | Dividend | J | T | | | | | |
| 140.  Vanguard Intl Div Apprec Idx Inv (VIAIX) (X) | A | Dividend | J | T | | | | | |
| 141.  Vanguard Total Intl Stock Index Fund Adm Shares (VTIAX) (formerly Inv) | A | Dividend | J | T | | | | | |
| 142.  IRA #2 (99) (H) | | | | | | | | | |
| 143.  Vanguard Federal Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 144.  Vanguard 500 Index Fund Adm (VFIAX) (X) | A | Dividend | J | T | | | | | |
| 145.  Vanguard Real Estate Index Fd Adm (VGSLX) (X) | A | Dividend | J | T | | | | | |
| 146.  Vanguard Small Cap Growth Idx Fd Adm (VSGAX) (X) | A | Dividend | J | T | | | | | |
| 147.  529 #1 (99) (H) | | | | | | | | | |
| 148.  Virginia529 Moderate Growth | | None | | | Sold | 06/25/18 | N | F | |
| 149.  Virginia529 Socially Targeted | | None | N | T | Buy | 06/25/18 | N | | |
| 150. | | | | | Sold (part) | 07/05/18 | J | | |
| 151.  529 #2 (27) (H) | | | | | | | | | |
| 152.  Virginia529 Conservative Income | | None | N | T | Sold (part) | 07/05/18 | J | | |
| 153.  Trust Acct #1 (60) (H) | | | | | | | | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2 Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
  (See Column C2)      U =Book Value      V =Other      W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Raymond James Bank Deposit Program - cash equivalent account | A | Interest | K | T | | | | | |
| 155. Coca Cola Co (KO) | A | Dividend | K | T | | | | | |
| 156. Microsoft Corp (MSFT) | A | Dividend | J | T | Sold (part) | 03/14/18 | J | D | |
| 157. | | | | | Sold (part) | 06/26/18 | K | E | |
| 158. | | | | | Sold (part) | 07/18/18 | J | D | |
| 159. Procter & Gamble Co (PG) | B | Dividend | K | T | | | | | |
| 160. Doubleline Total Return Bond Fund Class I N/L (DBLTX) | B | Dividend | K | T | Sold (part) | 06/25/18 | J | | |
| 161. | | | | | Sold (part) | 07/17/18 | J | | |
| 162. JP Morgan Strategic Income Opportunities Fd Class I N/L (JSOSX) | B | Dividend | K | T | Sold (part) | 06/25/18 | J | | |
| 163. PIMCO Total Return Fund Institutional Class N/L (PTTRX) | B | Dividend | K | T | Sold (part) | 06/25/18 | J | | |
| 164. | | | | | Sold (part) | 07/17/18 | J | | |
| 165. PIMCO Dynamic (formerly Unconstrained) Bd Fd Instl Class N/L (PFIUX) | B | Dividend | K | T | Sold (part) | 03/13/18 | J | | |
| 166. | | | | | Sold (part) | 06/25/18 | J | | |
| 167. | | | | | Sold (part) | 07/17/18 | J | | |
| 168. iShares Tr Core US Aggbd ET (AGG) | B | Dividend | L | T | Sold (part) | 06/26/18 | J | | |
| 169. | | | | | Sold (part) | 07/18/18 | J | | |
| 170. | | | | | Sold (part) | 10/24/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/26/18 | J | | |
| 172. iShares Tr MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 173. iShares Tr Rus 1000 Grw ETF (IWF) | B | Dividend | L | T | Sold (part) | 03/14/18 | K | C | |
| 174. | | | | | Sold (part) | 10/24/18 | J | B | |
| 175. | | | | | Sold (part) | 11/26/18 | J | B | |
| 176. iShares Tr Rus 2000 Val ETF (IWN) | A | Dividend | K | T | Sold (part) | 06/26/18 | J | B | |
| 177. iShares Tr Rus 2000 Grw ETF (IWO) | A | Dividend | K | T | Sold (part) | 03/14/18 | J | B | |
| 178. | | | | | Sold (part) | 06/26/18 | J | B | |
| 179. iShares Tr MSCI ACWI ETF (ACWI) | A | Dividend | K | T | | | | | |
| 180. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 181. Vanguard Real Estate ETF (VNQ) | A | Dividend | J | T | Sold (part) | 11/26/18 | J | | |
| 182. iPath Bloomberg Commodity Index Total Return ETN (DJP) | | None | J | T | Sold (part) | 06/26/18 | J | | |
| 183. MetLife Variable Annuity (H) | | | | | | | | | |
| 184. Clarion Global Real Estate Portfolio Class B | | None | K | T | | | | | |
| 185. Harris Oakmark Intl Portfolio Class B | | None | K | T | | | | | |
| 186. MFS Value Portfolio Class B | | None | L | T | | | | | |
| 187. Western Asset Mgmt Strategic Bond Opportunities | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Family Investments, LLC (H) | | | | | | | | | |
| 189. Regions Bank - cash equivalent account | A | Interest | K | T | | | | | |
| 190. Investment Property #1, Cape Coral, FL (1/3 interest) | | None | L | W | | | | | |
| 191. Investment Property #2, Hawthorne, FL (1/3 interest) | | None | L | W | | | | | |
| 192. Investment Property #3, Milton, FL (1/3 interest) | | None | | | Sold | 03/15/18 | M | F | |
| 193. 401(k) #1 (H) | | | | | | | | | |
| 194. AF Europac Growth R6 (RERGX) | E | Int./Div. | N | T | | | | | |
| 195. Vanguard Sm Cap Idx IS Pl (VSCPX) | B | Int./Div. | L | T | | | | | |
| 196. Vanguard Inst 500 Idx Tr (VFFSX) | | None | M | T | | | | | |
| 197. Vanguard Real Estate (IDX IS) | B | Interest | K | T | | | | | |
| 198. Chevron Corp common stock (CVX) | A | Dividend | J | T | | | | | |
| 199. Retirement Acct #1 (H) | | | | | | | | | |
| 200. Mass Mutual RetireSmart Savings Plan (cash) | | None | K | T | | | | | |
| 201. Miscellaneous Holdings (H) - vested stock options earned in 2018 | | | | | | | | | |
| 202. ▒▒▒▒▒▒▒ (restricted stock units) (CTSH) | | None | | | Sold | 03/05/18 | N | G | |
| 203. | | | | | Sold | 06/05/18 | N | G | |
| 204. | | | | | Sold | 09/05/18 | N | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 09/17/18 | K | E | |
| 206. | | | | | Sold | 12/04/18 | N | G | |
| 207. | | | | | Sold | 12/14/18 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 08/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 201-206: These are restricted stock units earned as part of an employer-based compensation package. These options were sold as soon as they were earned. As a result, there are no reportable transactions to account for recurring ownership, nor is there an ending value.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dabney L. Friedrich**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544